STATE OF NEW JERSEY v. ASHER KEMP.

July 11, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. DONALD S. ROUNDTREE.

July 11, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. FIONA JURNOCK.

July 11, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY BROWN.

July 11, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. SHAWN DONAHUE.

July 11, 1986.

Petition for certification denied.